UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00496-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. RONNIE ANDERSON,

 Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Defendant Ronnie Anderson shall file a Notice of Disposition or additional Status Report on or before **Monday, October 3, 2011.**

 Dated: September 8, 2011