IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RONNIE ANDERSON,

    Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on December 19, 2011. The jury trial set to commence in this matter on Monday, January 9, 2012, is **VACATED**. A Change of Plea hearing is set for **Monday, January 9, 2012, at 9:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 19, 2011